# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154763(86)

LESLEY G. MCCARTHY, f/k/a LESLEY
KEITH,
            Plaintiff-Appellee,

v                                                    SC:  154763
                                                     COA:  327647
EUGENE PALLISCO,                                     Oakland CC:  2014-142351-CZ
            Defendant-Appellant.
_____/

        On order of the Chief Justice, the motion of plaintiff-appellee to extend the time
for filing her answer to the application for leave to appeal is GRANTED.  The answer
will be accepted as timely filed if submitted on or before January 5, 2017.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

            December 21, 2016
                                                          Clerk